No. A–835.  AYERS ET AL. v. FORDICE, GOVERNOR OF MISSIS-SIPPI, ET AL.  Application for stay of order of the United States District Court for the Northern District of Mississippi, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. A–843 (95–1649).  KANSAS v. HENDRICKS.  Sup. Ct. Kan. Application for stay, presented to JUSTICE BREYER, and by him referred to the Court, granted, and it is ordered that the mandate of the Supreme Court of Kansas, case No. 73,039, is stayed pending this Court's action of the petition for writ of certiorari. Should the petition for writ of certiorari be granted, this order is to continue in effect pending the issuance of the mandate of this Court.  If the petition for writ of certiorari is denied, this order is to terminate automatically.

No. D–1671.  IN RE DISBARMENT OF WALL.  Kevin F. Wall, of Oaklyn, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1672.  IN RE DISBARMENT OF JENNINGS.  Kathleen Perry Jennings, of Greenville, S. C., is suspended from the practice of law in.this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1673.  IN RE DISBARMENT OF POLLACK.  Sanford E. Pollack, of Baldwin, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1675.  IN RE DISBARMENT OF PINCHAM.  Robert Eugene Pincham, Jr., of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 95–137.  WILLIAMS ET AL. v. NATIONAL BASKETBALL ASSN. ET AL.  C. A. 2d Cir.  Motion of respondents to defer consideration of petition for writ of certiorari denied.